IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

JOHN J. PIKULSKI
5407 Water Street
Suite 104
Upper Marlboro, Maryland 20772

    Plaintiff

v.

Case No.: CAL16-21652

GREAT AMERICAN INSURANCE COMPANY
301 E. Fourth Street
Cincinnati, Ohio 45202

    SERVE ON:
    Maryland Insurance Administration
    Insurance Commissioner
    351 West Camden Street
    Baltimore, Maryland 21201

and

MINNESOTA LAWYERS MUTUAL
INSURANCE COMPANY
333 S 7th Street
Suite 2200
Minneapolis, Minnesota 55402

    SERVE ON:
    Maryland Insurance Administration
    Insurance Commissioner
    351 West Camden Street
    Baltimore, Maryland 21201

    Defendants

PR GEO CO MD #88
2016 MAY -2 PM 1: 15
Clerk of the Circuit Court

## COMPLAINT

Comes now, the Plaintiff, John J. Pikulski, by and through his attorneys, Steven B. Vinick and the law office of Joseph, Greenwald and Laake, P.A., and sues the Defendants, Great American

1

Insurance Company and Minnesota Lawyers Mutual Insurance Company, and for cause states as follows:

## JURISDICTION AND VENUE

1. The amount of this claim exceeds $30,000.00 and/or exceeds the jurisdictional limit of the District Court of Maryland.

2. Venue for this claim is proper in Prince George's County, Maryland.

3. The action is timely brought.

## PARTIES

4. The Plaintiff, John J. Pikulski, is an adult resident of Calvert County, Maryland. His work address is 5407 Water Street, Suite 104, Upper Marlboro, Prince George's County, Maryland, 20772.

5. The Defendant, Great American Insurance Company, is an insurance company that issues legal professional liability policies. It does business in the State of Maryland and specifically in Prince George's County, Maryland.

6. The Defendant, Minnesota Lawyers Mutual Insurance Company, is an insurance company that issues legal professional liability policies. It does business in the State of Maryland and specifically in Prince George's County, Maryland.

## COUNT ONE

## DECLARATORY JUDGMENT AGAINST GREAT AMERICAN INSURANCE COMPANY

7. The Plaintiff, John J. Pikulski is an attorney. He is licensed in Maryland only and has never been licensed in Washington, D.C. Accordingly, he has never practiced law in Washington, D.C.

8. From on or about 4/2005 to 4/2012, the Plaintiff was employed as an associate attorney with the Law Offices of Thomas C. Mooney. This law firm was owned solely by Thomas C. Mooney, Esq.

9. On or about May 2007, Anthony Mills retained the Law Offices of Thomas C. Mooney to represent him in three criminal cases: *State v. Anthony Mills - CT021209X; State v. Anthony Mills - CT011208X; and, State v. Anthony Mills - CT021084X.*

10. Mr. Mooney assigned the representation of Mr. Mills to his employee, the Plaintiff. Accordingly, as a direct and proximate result of his employment with the Law Offices of Thomas C. Mooney, the Plaintiff provided legal representation to Mr. Mills. Mr. Mills was convicted by a jury and was incarcerated for the subject criminal offenses.

11. On July 21, 2015, Mr. Mills filed a civil complaint against Plaintiff Pikulski in the Superior Court of the District of Columbia, Case No. 2015 CA 005452 B. *See* Exhibit 1. Plaintiff Pikulski retained undersigned counsel to represent him in that matter.

12. Upon information and belief, the Law Offices of Thomas C. Mooney were covered under a legal professional liability policy issued by Defendant Great American Insurance Company.

13. This legal liability insurance policy covered any and all claims of neglect or legal malpractice made against Mr. Mooney, his associates and legal staff, including, but not limited to, the Plaintiff.

14. Upon being served with the complaint filed by Mr. Mills, the Plaintiff contacted Thomas C. Mooney, and then contacted Defendant Great American Insurance Company.

15. Plaintiff contacted Defendant Great American Insurance Company and requested that Defendant Great American Insurance Company provide a defense against and indemnify him

3

for any claims made against him while he was employed with the Law Offices of Thomas C. Mooney, which would include the lawsuit brought by Mr. Mills.

16. Plaintiff fully complied with all requirements imposed on him pursuant to the contract between Defendant Great American Insurance Company and the Law Offices of Thomas C. Mooney.

17. The present lawsuit against the Plaintiff in the District of Columbia Superior Court has essentially remained stagnant in order for the Plaintiff to obtain a defense by Defendant Great American Insurance Company.

18. Pursuant to the Order of the Superior Court of the District of Columbia, (*see* Exhibit 2) the Plaintiff (who is the Defendant in the District of Columbia Superior Court case brought by Mr. Mills) must file a praecipe by May 1, 2016 to inform the Court that he has either obtained the participation of the appropriate insurance company or he has filed suit to compel their participation. In addition, the Plaintiff must also file a praecipe stating whether he will waive the statute of limitations so that the suit can then proceed in the Circuit Court for Prince George's County or whether he is unwilling to waive the statute of limitations, which would have the suit proceed in the District of Columbia Superior Court.

19. Contemporaneous with the filing of this lawsuit, the Plaintiff is also asking the Superior Court to stay the case there so that legal representation by the appropriate insurance company may be obtained.

20. The Plaintiff was and is covered by the insurance policy issued by Great American Insurance Company to the Law Offices of Thomas C. Mooney for Mr. Mills' lawsuit and claims.

21. There exists an actual controversy of a justiciable issue between the Plaintiff and Defendant Great American Insurance Company within the jurisdiction of this Court involving the rights and liabilities of the parties.

22. Antagonistic claims are present between the parties. These claims indicate imminent and inevitable litigation.

23. A declaratory judgment by this Court will terminate this controversy.

WHEREFORE, the Plaintiff demands:

1. That this Court determine and adjudicate the rights and liabilities of the parties with respect to the insurance policy issued by Defendant Great American Insurance Company to the Law Office of Thomas C. Mooney;

2. That this Court determine that the Plaintiff is covered by the insurance policy issued by Great American Insurance Company to Thomas C. Mooney for the lawsuit filed by Anthony Mills against the Plaintiff;

3. That this Court order that Defendant Great American Insurance Company provide a defense for the Plaintiff to the lawsuit filed by Anthony Mills;

4. That this Court order that in the event that the lawsuit filed by Anthony Mills results in any judgment against the Plaintiff, Defendant Great American Insurance Company is required to indemnify the Plaintiff;

5. That this Court award Plaintiff all attorneys' fees incurred in these proceedings, as well as all costs of these proceedings; and,

6. That this Court award Plaintiff such other and further relief as in law and justice he may be entitled to receive.

### COUNT TWO

### DECLARATORY JUDGMENT AGAINST MINNESOTA LAWYERS MUTUAL INSURANCE COMPANY

24. The Plaintiff adopts and incorporates all of the allegations contained in paragraphs 1 through 23 as if stated verbatim herein.

25. Upon information and belief, at the time the Plaintiff was served with the lawsuit filed by Anthony Mills, the Law Offices of Thomas C. Mooney were covered under a legal professional liability policy issued by Minnesota Lawyers Mutual Insurance Company.

26. This legal liability insurance policy covered any and all claims of neglect or legal malpractice made against Mr. Mooney, his associates and legal staff, including, but not limited to, the Plaintiff.

27. Upon being served with the complaint filed by Mr. Mills, the Plaintiff contacted Thomas C. Mooney, and then contacted Defendant Minnesota Lawyers Mutual Insurance Company.

28. Plaintiff contacted Defendant Minnesota Lawyers Mutual Insurance Company and requested that Defendant Minnesota Lawyers Mutual Insurance Company provide a defense against and indemnify him for any claims made against him while he was employed with the Law Offices of Thomas C. Mooney, which would include the lawsuit filed by Mr. Mills.

29. Plaintiff fully complied with all requirements imposed on him pursuant to the contract between Defendant Minnesota Lawyers Mutual Insurance Company and the Law Offices of Thomas C. Mooney.

30. The present lawsuit against the Plaintiff in the District of Columbia Superior Court has essentially remained stagnant in order for the Plaintiff to obtain a defense by Defendant Minnesota Lawyers Mutual Insurance Company.

31. Pursuant to the Order of the Superior Court of the District of Columbia, the Plaintiff (who is the Defendant in the District of Columbia Superior Court case brought by Mr. Mills) must file a praecipe by May 1, 2016 to inform the Court that he has either obtained the participation of the appropriate insurance company or he has filed suit to compel their participation. In addition, the Plaintiff must also file a praecipe stating whether he will waive the statute of limitations so that the suit can then proceed in the Circuit Court for Prince George's County or whether he is unwilling to waive the statute of limitations, which would have the suit proceed in the District of Columbia Superior Court.

32. Contemporaneous with the filing of this lawsuit, the Plaintiff is also asking the Superior Court to stay the case there so that legal representation by the appropriate insurance company may be obtained.

33. The Plaintiff was and is covered by the insurance policy issued by Minnesota Lawyers Mutual Insurance Company to the Law Offices of Thomas C. Mooney for Mr. Mills' lawsuit and claims.

34. There exists an actual controversy of a justiciable issue between the Plaintiff and Defendant Minnesota Lawyers Mutual Insurance Company within the jurisdiction of this Court involving the rights and liabilities of the parties.

35. Antagonistic claims are present between the parties. These claims indicate imminent and inevitable litigation.

36. A declaratory judgment by this Court will terminate this controversy.

WHEREFORE, the Plaintiff demands:

1. That this Court determine and adjudicate the rights and liabilities of the parties with respect to the insurance policy issued by Defendant Minnesota Lawyers Mutual Insurance Company to the Law Office of Thomas C. Mooney;

2. That this Court determine that the Plaintiff is covered by the insurance policy issued by Minnesota Lawyers Mutual Insurance Company to Thomas C. Mooney for the lawsuit filed by Anthony Mills against the Plaintiff;

3. That this Court order that Defendant Minnesota Lawyers Mutual Insurance Company provide a defense for the Plaintiff to the lawsuit filed by Anthony Mills;

4. That this Court order that in the event that the lawsuit filed by Anthony Mills results in any judgment against the Plaintiff, Defendant Minnesota Lawyers Mutual Insurance Company is required to indemnify the Plaintiff;

5. That this Court award Plaintiff all attorneys' fees incurred in these proceedings, as well as all costs of these proceedings; and,

6. That this Court award Plaintiff such other and further relief as in law and justice he may be entitled to receive.

Respectfully submitted,

JOSEPH, GREENWALD & LAAKE, P.A.

By: /s/ Steven B. Vinick

Steven B. Vinick
JOSEPH, GREENWALD & LAAKE, P.A.
6404 Ivy Lane, Ste. 400
Greenbelt, MD 20770
(T) 301-220-2200
(F) 301-220-1214